UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CARLOS ABREU

    vs.                                            Case No.   9:14-CV-1529   GLS/DJS

DR. KOOI, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:                        CARLOS ABREU

2. Prisoner ID #:                             99-A-3027

3. Detained by:                               Green Haven Correctional Facility
                                                     594 Rt. 216
                                                     Stormville, New York 12582-0010

4. Detainee is:                (A)   (X)   Plaintiff in a Civil Action

                                    (B)   (  )   A witness not otherwise available by the ordinary process of the Court

**5. Participation of Inmate Carlos Abreu (99-A-3027) is hereby ORDERED on Thursday, December 1, 2016 at 9:30 a.m. for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:  **November 18, 2016**

                                                              Daniel J. Stewart
                                                             U.S. Magistrate Judge

cc:    Carlos Abreu, via U.S. Postal Service
        Green Haven Correctional Facility, via Email
        Aimee M. Paquette, AAG, via CM/ECF