**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

CARLOS ABREU

    vs.                                        Case No.   9:14-CV-1529   GLS/DJS

DR. KOOI, ET AL.

**ORDER FOR TELEPHONE CONFERENCE**

The Court hereby ORDERS the arrangement and participation of:

1. **Name of detainee:**                    CARLOS ABREU

2. **Prisoner ID #:**                         99-A-3027

3. **Detained by:**                             Upstate Correctional Facility
                                                    309 Bare Hill Road
                                                    P.O. Box 2000
                                                    Malone, New York 12953

4. **Detainee is:**                (A)    (X)    **Plaintiff in a Civil Action**

                                       (B)    ( )    **A witness not otherwise available by the ordinary process of the Court**

5. **Participation of Inmate Carlos Abreu (99-A-3027) is hereby ORDERED on <u>Tuesday, January 10, 2017</u> at <u>9:30 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:  <u>December 19, 2016</u>

                                                           Daniel J. Stewart
                                                          U.S. Magistrate Judge

cc:    Carlos Abreu, via U.S. Postal Service
       Upstate Correctional Facility, via Email
       Aimee M. Paquette, AAG, via CM/ECF