**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**CARLOS ABREU,**

                      **Plaintiff,**                  **9:14-cv-1529
                                                                (GLS/DJS)**

                            **v.**

**DR. KOOI, Auburn Correctional
Facility et al.,**

                      **Defendants.**
_____

**APPEARANCES:**                      **OF COUNSEL:**

**FOR PLAINTIFF:**
CARLOS ABREU
Plaintiff, *pro se*
99-A-3027
Five Points Correctional Facility
Caller Box 119
Romulus, New York 14541

**FOR DEFENDANTS:**
HON. ERIC T. SCHNEIDERMAN    AIMEE M. PAQUETTE
New York State Attorney General    Assistant Attorney General
The Capitol
Albany, NY 12224


**Gary L. Sharpe
Senior District Judge**

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Daniel J. Stewart, duly filed on September 12, 2017. (Dkt. No. 85.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 85) is **ADOPTED** in its entirety; and it is further

**ORDERED** that this case is administratively closed until such time as proof of full payment of the monetary sanction ($146.71) imposed on plaintiff by Judge Stewart is provided to the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the local rules.

**IT IS SO ORDERED.**

October 13, 2017
Albany, New York

*signature*
Gary L. Sharpe
U.S. District Judge